Tarek Saleh
46 Richard lane,
Staten Island, NY 10314                          Sep. 28, 2020

Re: Saleh v. Pastore, et al., No. 19 Civ. 11799

<u>By Email</u>
Hon. Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007



**<u>AMEDNDEMNT</u>**

## **<u>REQUEST FOR AN EXTENSION TO FILE AN APPEAL ON THE MOTION, DENIED  ON JUNE 29, 2020</u>**

DEAR JUDGE FAILLA

Plaintiff, pro se, is submitting this letter to request an extension for 60 days to file  an appeal on the  court denial of the plaintiff's motion for hearing dated in June. 18, 2020.  As today is the last day (91 days since June 18 and the government is part of the case and yesterday was the weekend) to request an extension to file the appeal. I was thinking, it could not be appealed but only appealable with the final order on the case.  Thank you for your consideration.

Very truly Yours,

SIGNATURE :  TAREK SALEH
Tarek Y. Saleh

Application DENIED.  The Court's Order of June 29, 2020, in which the Court
denied Plaintiff's motion for a hearing (Dkt. #29), is not an Order from
which appeal may be sought.  Therefore, no extension of time is warranted.
The Clerk of Court is directed to terminate the motion at docket entry 40.

SO ORDERED.

Dated:    September 29, 2020
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE