UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAREK YOUSSEF HASSAN SALEH,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>GINA PASTORE, Brooklyn Field Office Director U.S. Citizenship and Immigration Services, *et al.*,<br><br>　　　　　　　　Defendants. | 19 Civ. 11799 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　On March 8, 2021, Plaintiff in this matter filed a motion for the Court's recusal. (*See* Dkt. #63). Defendants are directed to provide their position on Plaintiff's application on or before March 23, 2021.

　　The Clerk of Court is directed to transmit a copy of this Order to Plaintiff at his address of record.

　　SO ORDERED.

Dated:　　March 9, 2021
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　United States District Judge