**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TAREK YOUSSEF HASSAN SALEH,

                        Plaintiff,

     -against-                          19 **CIVIL** 11799 (KPF)

                                                     **JUDGMENT**

GINA PASTORE, as Brooklyn Field Office Director
U.S. Citizenship and Immigration Services; SUSAN
QUINTANA, as New York City Field Office Director
U.S. Citizenship and Immigration Services; LEE
BOWES, as Acting Field Office Director, Northeast
Region, USCIS; TRACY RENAUD, Acting Director,
USCIS; ALEJANDRO MAYORKAS, Secretary U.S.
Department of Homeland Security; CHRISTOPHER
WRAY, Director Federal Bureau of Investigation;
and MERRICK B. GARLAND, Attorney General
U.S. Department of Justice,

                      Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 27, 2021, Defendants' Motion to Dismiss the Complaint is hereby GRANTED in full; accordingly, this case is closed.

**Dated:**  New York, New York

      April 27, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                          **BY:**      *K. Mango*

                                                           **Deputy Clerk**